**STATE of Missouri, Respondent,**

v.

**Michael J. HERMAN, Appellant.**

**Michael J. HERMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 44426, WD 45680.**

Missouri Court of Appeals,
Western District.

Oct. 20, 1992.

Emily N. Blood, Asst. Public Defender, St. Louis, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM:

Appeal from two convictions for the sale of cocaine, § 195.020, RSMo 1986, and two concurrent five-year sentences.

Appeal from judgment denying relief under Rule 29.15.

The judgments are affirmed. Rules 30.-25(b) and 84.16(b).